IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON GOZA,

Defendant.                                                No. 07-30136-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Defendant Brandon Goza's Motion for Permission to Travel (Doc. 554) to Las Vegas, Nevada. Being fully apprised in the premises, the Court **GRANTS** Defendant Goza's motion (Doc. 554). Defendant has the Court's permission to travel to Las Vegas, Nevada on November 4, 2010 to visit his father and to attend a car show. Defendant must adhere to the itinerary contained in his motion and shall return to Tuscon, Arizona on November 7, 2010. Defendant shall provide all information to the United States Pretrial Services Office and contact them, by phone, upon his return.

**IT IS SO ORDERED.**

Signed this 18th day of October, 2010.

David R. Herndon
2010.10.18 16:21:09
-05'00'

**Chief Judge**
**United States District Court**